

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS** P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS PENALTY FOR PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

RTS

6/29/2015

**HAWKINS, QUINCY DALEON** Tr. Ct. No. W11-17596-R (A)   WR-83,519-0

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

QUINCY DALEON HAWKINS - TDC # 1899651

Discharged   NIXI   UTF